SO ORDERED: June 28, 2018.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: Foxworthy, Mark Earl | ) <br> ) <br> ) <br> ) <br> ) Case No. 18-03137 RLM-7 <br> ) Chapter 7 <br> ) <br> ) <br> ) |
| Debtor. | ) |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY LORD REAL ESTATE SERVICES AS CO- REAL ESTATE BROKER TO PROCURE SALE PURSUANT TO 11 U.S.C. §§327, 328 , 330, and 506**

This matter is before the Court on the *Trustee's Application To Employ Lord Real Estate Services As Co-Real Estate Broker to Procure Consented Sale pursuant to 11 U.S.C. § § 327, 328 , 330 and 506* ("Application"),(Doc # 13) filed by Gregory K. Silver, the trustee.  The Court having reviewed and considered the Application and the Affidavit of Disinterestedness and having found good and sufficient cause appearing therefor and the same to be in the best interest of bankruptcy estate and the creditors, the Court hereby FINDS that:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Application is hereby GRANTED.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3. Lord Real Estate Group is a disinterested party within the meaning of Bankruptcy Code Section 101(14).

4. The Trustee is authorized to employ and enter into any and all agreements necessary to effectuate the hiring of Lord Real Estate Group to market and sell debtor real property at 9643 West 600 North, Thorntown, Indiana pursuant to Sections 327, 328(a), 330, 363, and/or 506 of the US Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and in accordance with the terms of the Application.

5. The compensation of broker for any sale or purchase of such property shall be 2% of the selling price with any buyer broker obtaining 2% and co-broker Bk Global Real Estate Services obtaining 2%, all upon proper Application to the Court when a sale is made.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Final Order.

###