**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 18-03137 | **Trustee Name:** | Gregory K. Silver |
| **Case Name:** | FOXWORTHY, MARK EARL | **Date Filed (f) or Converted (c):** | 04/25/2018 (f) |
| **For the Period Ending:** | 09/30/2018 | **§341(a) Meeting Date:** | 06/08/2018 |
| | | **Claims Bar Date:** | 09/12/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   9643 West 600 North Thorntown, IN - 46071-0000 Boone County 4 Bedrooms, 1 Bath, 4,200 Square Feet (Held as Mark E. Foxworthy) Purchased in 1998 for $125,000 | $182,400.00 | Unknown | | $0.00 | Unknown |
| 2   Make: Ford Model: F150 Year: 1998 Mileage: 141,320 Other Information: Debtor's intention is to keep this vehicle. Vehicle is Paid in Full. Vehicle's frame is rusted out and twisted. | $675.00 | $0.00 | OA | $0.00 | FA |
| 3   Make: Pontiac Model: Sunfire Year: 2004 Mileage: 128,564 Other Information: Debtor's intention is to keep this vehicle. Vehicle is Paid in Full. Vehicle's frame is twisted and the front-end is wrecked. Debtor paid $800 in 2013. | $460.00 | $0.00 | OA | $0.00 | FA |
| 4   Normal household goods and furnishings including Refrigerator, Microwave, Oven, Table/Chairs, Small Appliances, Washer/Dryer, Sofa, Coffee/End Tables, Lamps, 2 Beds, 2 Dressers, Lawn Equipment, Grill. | $1,095.00 | $0.00 | OA | $0.00 | FA |
| 5   Small Electrical items, Entertainment Center, 1 Television, DVD Player, Camera. | $370.00 | $0.00 | OA | $0.00 | FA |
| 6   DVD's and Books | $30.00 | $0.00 | OA | $0.00 | FA |
| 7   Necessary wearing apparel | $65.00 | $0.00 | OA | $0.00 | FA |
| 8   Costume jewelry, watches, rings. | $10.00 | $0.00 | OA | $0.00 | FA |
| 9   1 Dog. | $65.00 | $0.00 | OA | $0.00 | FA |
| 10   Checking Account Home Green Bank - Account #5652 | $398.00 | $0.00 | OA | $0.00 | FA |
| 11   401(k) Through Employer. | $57,850.00 | $0.00 | OA | $0.00 | FA |
| 12   Pension Through Employer. | $125,000.00 | $0.00 | OA | $0.00 | FA |
| 13   FED: $508; STATE: $207. Already 2017 Tax Refund Received and spent. Reporting (Previous Purposes only. Year): | $0.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| Case No.: | 18-03137 | | Trustee Name: | Gregory K. Silver |
|---|---|---|---|---|
| Case Name: | FOXWORTHY, MARK EARL | | Date Filed (f) or Converted (c): | 04/25/2018 (f) |
| For the Period Ending: | 09/30/2018 | | §341(a) Meeting Date: | 06/08/2018 |
| | | | Claims Bar Date: | 09/12/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

Gross Value of Remaining Asset

|  | $368,418.00 | $0.00 | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

09/30/2018    Evaluating equity in residence

06/13/2018    Potential sale of real estate

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2018 | **Current Projected Date Of Final Report (TFR):** | 12/31/2018 | /s/ GREGORY K. SILVER |
|---|---|---|---|---|
| | | | | GREGORY K. SILVER |